*Larkin* v. *Watson Wagon Co.,* 68 id. 86.)  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of Ray Dona Kuba, Respondent, to Compel Hyman M. Epstein, Appellant, etc., to Turn Over Various Stocks, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of Ray Dona Kuba, Respondent, to Compel Hyman M. Epstein, Appellant, etc., to Turn Over Various Stocks, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Louise Ellis, Respondent, v. Anna Maria Kelsey and Others, Defendants, Impleaded with Title Guarantee and Trust Company, as Trustee, etc., of Louisa W. Chapman, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No, opinion.  Present — Clarke P. J., Dowling, Finch, McAvoy and Martin, JJ.

Louise Ellis, Respondent, v. Anna Maria Kelsey and Others, Defendants, Impleaded with Title Guarantee and Trust Company, as Trustee, etc., of Louisa W. Chapman, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

S. Modern Stamping & Metal Co., Inc., and Another, Respondents, v. The Maintenance Co., Inc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Walter E. Blount, Respondent, v. John F. Couts, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.  No opinion.  The date for the examination to proceed to be fixed in the order.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Max Phillips and Others, etc., for an Alternative Order of Mandamus against The Bank of United States.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Max Phillips and Others, etc., for an Alternative Order of Mandamus against The Bank of United States.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Proceedings Supplementary to Execution:  Charles Forster and Another, Judgment Creditors, Respondents, v. Arthur Cutler, Judgment Debtor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Sarah L. Robertson, Respondent, v. Press Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Syndicate Land and Development Corporation and Others, Appellants, v. Moving Picture Machine Operators' Union Local No. 306 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs